**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:13-cr-00006-MR-DLH-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **vs.** | )    **O R D E R** |
| | ) |
| | ) |
| **KAYLUN DAITWAN FULLWOOD,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

     **THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 49].

     Upon review of the Government's Motion,

     **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 49] is **GRANTED**, and the Petition for Revocation of Supervised Release [Doc. 32] is **DISMISSED WITHOUT PREJUDICE**.

     **IT IS FURTHER ORDERED** that the hearing scheduled in this matter on August 12, 2014 is hereby **CANCELLED**.

     **IT IS SO ORDERED**.

Signed: August 4, 2014

Martin Reidinger
United States District Judge