IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 cr 06

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KAYLUN DAITWAN FULLWOOD. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw Previous Motion to Modify Terms/Conditions of Release (#58). It appears to the Court that good cause has been shown for the granting of the motion and therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** the Motion to Withdraw Previous Motion to Modify Terms/Conditions of Release (#58) is hereby **ALLOWED** and the Motion to Modify Terms/Conditions of Release (#57) is considered to be **WITHDRAWN** by the Defendant.

Signed: January 23, 2015

Dennis L. Howell
United States Magistrate Judge

1