**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:13-cr-00006-MR-DLH-1**

**UNITED STATES OF AMERICA,**     )
     )
     **Plaintiff,**     )
     )
     )
     **vs.**     )     **O R D E R**
     )
     )
**KAYLUN DAITWAN FULLWOOD,**     )
     )
     **Defendant.**     )
_____  )

**THIS MATTER** came on for hearing before the Court on the Petition of Defendant's Probation Officer regarding the violation of the conditions of the Defendant's Supervised Release. [Doc. 51].

The Defendant having admitted to violation number 1 as set out in the Petition, and the Court having found said violation to be a Grade C violation, and the Government having sought dismissal of violations 2, 3 and 4 as set out in the Petition, and the Court having granted such dismissal, and the Court having heard the arguments of the parties, the Court concludes in its discretion that it should not revoke the Defendant's Supervised Release but continue the Defendant under supervision.

**IT IS, THEREFORE, ORDERED** that the Defendant is hereby reinstated to supervision and shall continue on his term of Supervised Release for the same term and under the same conditions as originally imposed by the Court as set forth in the Defendant's Judgment. [Doc. 28].

**IT IS SO ORDERED.**

Signed: March 23, 2015

Martin Reidinger
United States District Judge